# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Christopher D. Ellerbe, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:22-cv-00075-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Todd E. Ishee | ) | |
| Lane Honeycutt | ) | |
| Larry Williamson | ) | |
| Jeffrey P. Duncan | ) | |
| Stephen W. Coates | ) | |
| Eric Dye, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 25, 2023 Order.

April 25, 2023

Frank G. Johns, Clerk
United States District Court